UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24919-CIV-MORENO

ELVIN ANTONIO AGUILAR JR.,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.
_____/

### ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Equifax Information Services LLC **(D.E. 12)**, filed on **February 14, 2024**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant has neither answered the complaint nor moved for summary judgment. It is

**ADJUDGED** that Defendant Equifax Information Services LLC is **DISMISSED**, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

DONE AND ORDERED in Chambers at Miami, Florida, this 27 of February 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record