# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ELVIN ANTONIO AGUILAR JR.,

    Plaintiff,

-vs-                                 CASE NO. 1:23-cv-24919-FAM

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and WESTLAKE SERVICES, LLC
d/b/a WESTLAKE FINANCIAL,

    Defendants.

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL

COMES NOW Plaintiff, ELVIN ANTONIO AGUILAR JR., by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 24th day of April, 2024.

1

| | |
|---|---|
| **/s/ Christopher W. Legg** <br> Christopher W. Legg, Esq. <br> Florida Bar #: 0044460 <br> The Consumer Lawyers, PLLC <br> 412 E. Madison Street, Ste 916 <br> Tampa, Florida 33602 <br> Office: (813) 299-8537 <br> Facsimile: (844) 951-3933 <br> Primary Email: <br> Chris@theconsumerlaywers.com <br> Secondary Email: <br> Lisa@theconsumerlawyers.com <br> *Attorney for Plaintiff* | */s/Gillian D. Williston* <br> Gillian D. Williston <br> Florida Bar No. 14270 <br> TROUTMAN PEPPER <br> HAMILTON SANDERS LLP <br> 222 Central Park Avenue, Suite 2000 <br> Virginia Beach, VA 23454 <br> Telephone: (757) 687-7500 <br> Email: gillian.williston@troutman.com <br> Secondary Email: <br> fslecfintake@troutman.com <br> *Counsel for Westlake Services, LLC d/b/a Westlake Financial* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 24th day of April, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*