**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELVIN ANTONIO AGUILAR JR.,

  Plaintiff,

v.                                           CASE NO.: 1:23-cv-24919-FAM

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, ELVIN ANTONIO AGUILAR JR., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). Defendant, Experian, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 8th day of May, 2024.

**/s/Christopher Legg**
Christopher W. Legg, Esq.
Florida Bar #:0044460
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Chris@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 8th day of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Christopher Legg**
Christopher W. Legg, Esq.
Florida Bar #:0044460
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*