UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24919-CIV-MORENO

ELVIN ANTONIO AGUILAR JR.,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.
_____/

### ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal as to Defendant Experian Information solutions, Inc. **(D.E. 24)**, filed on **May 8, 2024**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant has neither answered the complaint nor moved for summary judgment. It is

**ADJUDGED** that Defendant Experian Information Solutions, Inc. is **DISMISSED** with prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

DONE AND ORDERED in Chambers at Miami, Florida, this 6th of June 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record