UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24919-CIV-MORENO

ELVIN ANTONIO AGUILAR JR.,

        Plaintiff,

vs.

WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL,

        Defendant.
_____/

# FINAL ORDER OF DISMISSAL AND
# ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Joint Notice of Settlement as to Defendant Westlake Services, LLC d/b/a Westlake Financial (**D.E. 23**), filed on **April 24, 2024**. It is

ADJUDGED that in light of the Plaintiff and Defendant Westlake Services, LLC settling this action, this case is **DISMISSED** in accordance with the settlement agreement. Prior to this, the final two Defendants Equifax Information Services, LLC and Experian Information Solutions, Inc. were dismissed. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of June 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record